IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE:<br>RUTH RAMIREZ VILLAREAL<br>DEBTOR<br><br>NATIONSTAR MORTGAGE LLC, ITS<br>SUCCESSORS IN INTEREST AND/OR<br>ASSIGNS, MOVANT<br><br>VS.<br><br>RUTH RAMIREZ VILLAREAL,<br>DEBTOR, AND NESTOR RAMIREZ,<br>CO-DEBTOR, RESPONDENTS | § CASE NUMBER: 14-30371-hcm<br>§ CHAPTER 13<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

AMENDED
NATIONSTAR MORTGAGE, LLC'S
WITNESS AND EXHIBIT LIST FOR
MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY AGAINST PROPERTY AT
<u>14621 ESTON PLACE, EL PASO, TX 79928</u>
(Related to Docket No. 55)

Nationstar Mortgage, LLC, ("Nationstar") files this <u>amended</u> list of witnesses and exhibits and would respectfully show the Court that it will present the following at the hearing:

**Witness List:**

1. Debtor, Ruth Ramirez Villareal and Co-Debtor, Nestor Ramirez;

2. Any other Witness named or called by any other party;

3. Nationstar Mortgage LLC representative; and

4. Anabel King, Counsel for Nationstar Mortgage, LLC.

**Exhibit List:**

| Exhibit | Exhibit Description |
|---|---|
| A | Note dated 10/31/2008 |
| B | Deed of Trust dated 10/31/2008, Certified Copy |
| C | Home Affordable Modification Agreement executed 1/12/2010 |
| D | Corporate Assignment of Deed of Trust to Nationstar Mortgage, LLC, Certified Copy |
| E | Business Record Affidavit |
| F | Post-Petition Payment History Regarding the Note from March 3, 2014 through March 4, 2015 |
| G | (Updated) Post-Petition Payment History Regarding the Note |
| H | Bankruptcy Petition (Docket No. 1) |
| I | Proof of Claim (Nationstar) |
| J | Proof of Claim (City of El Paso) |
| K | El Paso County Appraisal District "Property Details" |
| L | Debtor's Confirmed Chapter 13 Plan (Docket No. 46) |
| M | Order Confirming Chapter 13 Plan (Docket No. 53) |
| N | Second Amended Debtor's Schedules I and J (Docket No. 38) |
| O | Bankruptcy Petition Case No. 13-31648-hcm-13, filed 10/2/2013 (Docket No. 1) |
| P | Dismissal Order in Case No. 13-31648-hdh-13 (Docket No. 21) |
| Q | Debtor's Amended Chapter 13 Plan in Case No. 13-31648 -hcm-13 (Docket No. 13) |
| R | Amended Schedules I and J in Case No. 13-31648-hcm-13 (Docket No. 14) |
| S | Analysis of Payments Received and Due after Motion for Relief from Stay was Filed |
| T | Updated Post-Petition Ledger as of July 10, 2015 |
| U | Mailed Notice to Debtor, January 23, 2014 (Annual Escrow Account Disclosure Statement) |
| V | Proposed Chapter 13 Plan in Case No. 13-31648-hdh-13 (Docket No. 13) |

Nationstar Mortgage, LLC reserves the right to call additional witnesses and introduce additional exhibits in rebuttal and to supplement this list prior to hearing.

> Respectfully submitted,
>
> /s/ Anabel King
>
> Anabel King / Texas Bar No. 24067659
> aking@logs.com
> H. Gray Burks IV / Texas Bar No. 03418320
> gburks@logs.com
> SHAPIRO SCHWARTZ, LLP
> 13105 Northwest Freeway, Suite 1200
> Houston, TX 77040
> Direct (713) 933-1561
> Telephone: (713) 462-2565
> Facsimile: (847) 879-4856
> COUNSEL FOR NATIONSTAR MORTGAGE LLC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all parties below via ECF and/or U.S.P.S., first class mail, prepaid postage on July 10th, 2015.

DEBTOR(S):
Ruth Ramirez Villareal
14621 Eston Place
El Paso, TX 79928

DEBTOR'S ATTORNEY:
Michael R. Nevarez
The Law Offices of Michael R. Nevarez
P.O. Box 12247
El Paso, TX 79913

CO-DEBTOR(S):
Nestor Ramirez
14621 Eston Place
El Paso, TX 79928

BANKRUPTCY TRUSTEE:
Stuart Cox
El Paso Chapter 13 Trustee
1760 N. Lee Trevino Dr.
El Paso, TX 79936

PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICES:
Linebarger Goggan Blair & Sampson, LLP
c/o City of El Paso
711 Navarro Street, Ste. 300
San Antonio, TX 78205

Jeffrey B. Lewis
ROBERTSON ANSCHUTZ VETTERS
c/o Nationstar Mortgage LLC
10333 Richmond Avenue, Suite 550
Houston, Texas 77042

Anabel King