IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RUTH RAMIREZ VILLAREAL, | § | CASE NO. 14-30371-hcm |
| | § | |
| DEBTOR | § | CHAPTER 13 |

### DEBTOR'S SECOND REVISED WITNESS AND EXHIBIT LIST

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

**NOW COMES** RUTH RAMIREZ VILLAREAL (hereinafter referred to as the "Debtor"), the Debtor in the above-numbered proceeding under Chapter 13 of the Bankruptcy Code, by and through the undersigned attorney of record, and hereby files this Second Revised Witness and Exhibit List for the Hearing scheduled for July 15, 2015, on the Motion for Relief from Stay and Co-Debtor Stay Against Property at 14621 Eston Place, El Paso, TX (DOC#55), and Waiver of Thirty Day Hearing Requirement, filed by Nationstar Mortgage LLC, and in support thereof would show the Court as follows:

### I. WITNESS LIST.

1. Debtor Ruth Ramirez Villareal; and,

2. Any other witness named or called by any other party.

### II. EXHIBIT LIST.

| No. | Description | Page Number |
|---|---|---|
| 1. | Bank Statement January 2015 | Villareal-000001 |
| 2. | Bank Statement February 2015 | Villareal-000008 |

| | | |
|---|---|---|
| 3. | Bank Statement March 2015 | Villareal-000014 |
| 4. | Pre-Motion Electronic Payments | Villareal-000021 |
| 5. | Post-Motion Electronic Payments | Villareal-000023 |
| 6. | Payment Schedule Per Plan | Villareal-000025 |
| 7. | Letter of Authorization to Nationstar Mortgage | Villareal-000027 |
| 8. | Notice of Payment Increase | Villareal-000029 |
| 9. | Payment Schedule Per Plan With Noticed Increases | Villareal-000032 |
| 10. | Nationstar Post-Petition Ledger | Villareal-000034 |
| 11. | Payment Schedule Per Motion to Stay | Villareal-000036 |

Debtor hereby reserves the right to call additional witnesses and introduce additional exhibits in rebuttal and to supplement this list prior to hearing.

July 10, 2015                                         Respectfully submitted,

The Law Offices of Michael R. Nevarez
5915 Silver Springs Drive, Building 6, Suite B
El Paso, Texas 79912
Telephone: (915) 584-8000
Facsimile: (915) 584-8024
Email: MNevarez@LawOfficesMRN.com

/s/ Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**
State of Texas Bar No. 14933400

Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEBTOR'S SECOND REVISED WITNESS AND EXHIBIT LIST**, together with a copy of all exhibits referenced above, was served by regular first class mail, postage prepaid, to the following parties in interest, on or before July 10, 2015:

**COUNSEL FOR CREDITOR:**
Anabel King
Grant M. Tabor
Shapiro Schwartz, LLP
13105 Northwest Fwy., Suite 1200
Houston, Texas 77040

**TRUSTEE:**
Stuart Cox
El Paso Chapter 13 Trustee
1760 N. Lee Trevino Dr.
El Paso, Texas 79936

**CO-DEBTOR:**
Nestor Ramirez
14621 Eston Place
El Paso, Texas 79928