# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**511 E. San Antonio Avenue, Suite 444**
**El Paso, Texas 79901**

**YVETTE M. TAYLOR**
**CLERK OF COURT**

(915) 779–7362

**DATE:** August 13, 2015

**Gray Burks**
**13105 Northwest Frwy., Suite 1200**
**Houston, TX 77040**

**RE:** **Order Due**

Bankruptcy Case No.: **14–30371–hcm**
Case Style: Ruth Ramirez Villareal

Dear Mr. Burks:

During a periodic review of case files and docket sheets, the Clerk's Office records reflected that you were directed to prepare a form of order in conformance with the Court's ruling on 7/15/15

75 – 55 – **55** – Motion for Relief from Stay And Against Co–Debtor (30 Day Waiver Language) (14 Day Objection Language) ( Filing Fee: $ 176.00 ) filed by Anabel King for Creditor Nationstar Mortgage LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Affidavit Affidavit # 6 Proposed Order Order)(King, Anabel)

According to our files, no such order has been entered, and as a result, the court records are incomplete.

Please submit a form of order, resolving the above–referenced matter, by **9/3/15**. If no order is received, the Court may dismiss the matter for want of prosecution.

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

BY: Bobby Yarbrough

**IF AN ORDER HAS ALREADY BEEN SENT, PLEASE DISREGARD THIS LETTER.**

---

**903 San Jacinto, Suite 322**
**Austin, Texas 78701**
**(512) 916–5237**

**615 E. Houston Street, Suite 597**
**San Antonio, Texas 78205**
**(210) 472–6720**

**800 Franklin Avenue, Suite 140**
**Waco, Texas 76701**
**(254) 750–1513**

[Order Due Letter] [Ltrodap]