# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**511 E. San Antonio Avenue, Suite 444**
**El Paso, Texas 79901**

*YVETTE M. TAYLOR*
*CLERK OF COURT*

(915) 779−7362

**DATE:** August 13, 2015

Gray Burks
13105 Northwest Frwy., Suite 1200
Houston, TX 77040

**RE:** **Order Due**

        Bankruptcy Case No.:   **14−30371−hcm**
        Case Style:   Ruth Ramirez Villareal

Dear   Mr. Burks:

    During a periodic review of case files and docket sheets, the Clerk's Office records reflected that you were directed to prepare a form of order in conformance with the Court's ruling on 7/15/15

75 − 55   **55** − Motion for Relief from Stay And Against Co−Debtor (30 Day Waiver Language) (14 Day Objection Language) ( Filing Fee: $ 176.00 ) filed by Anabel King for Creditor Nationstar Mortgage LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Affidavit Affidavit # 6 Proposed Order Order)(King, Anabel)

    According to our files, no such order has been entered, and as a result, the court records are incomplete.

    Please submit a form of order, resolving the above−referenced matter, by **9/3/15**. If no order is received, the Court may dismiss the matter for want of prosecution.

                              Yvette M. Taylor
                              Clerk, U. S. Bankruptcy Court

                              BY: Bobby Yarbrough

**IF AN ORDER HAS ALREADY BEEN SENT, PLEASE DISREGARD THIS LETTER.**

---

| | | |
|---|---|---|
| **903 San Jacinto, Suite 322**<br>**Austin, Texas 78701**<br>**(512) 916−5237** | **615 E. Houston Street, Suite 597**<br>**San Antonio, Texas 78205**<br>**(210) 472−6720** | **800 Franklin Avenue, Suite 140**<br>**Waco, Texas 76701**<br>**(254) 750−1513** |

[Order Due Letter] [Ltrodap]

United States Bankruptcy Court
Western District of Texas

In re:  
Ruth Ramirez Villareal  
    Debtor

Case No. 14-30371-hcm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0542-3    User: yarbrough    Page 1 of 1    Date Rcvd: Aug 13, 2015  
                         Form ID: 204       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2015.
      +Gray Burks,    Shapiro Schwartz, LLP,    13105 Northwest Fwy., Suite 1200,    Houston, TX 77040-6355

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2015 at the address(es) listed below:
        Anabel King    on behalf of Creditor    Nationstar Mortgage LLC aking@logs.com, txbkwestern@logs.com
        Donald P. Stecker    on behalf of Creditor    City of El Paso don.stecker@lgbs.com
        Jeffry B. Lewis    on behalf of Creditor    Nationstar Mortgage LLC jlewis@ravdocs.com, bankruptcy@ravdocs.com
        Kirk A. Schwartz    on behalf of Creditor    Nationstar Mortgage LLC kschwartz@logs.com, txbkwestern@logs.com
        Michael R. Nevarez    on behalf of Debtor Ruth Ramirez Villareal MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com
        Stuart C. Cox    mbeard@ch13elpaso.com
        United States Trustee - EP12    USTPRegion07.SN.ECF@usdoj.gov
                                                                                                                            TOTAL: 7