# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 14–30371–hcm  
Chapter No.: 13  
Judge: H. Christopher Mott

IN RE: **Ruth Ramirez Villareal**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    El Paso Courtroom, 511 E. San Antonio Avenue, El Paso, TX 79901

on    **10/14/15 at 01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 55 Motion for Relief from Stay And Against Co–Debtor (30 Day Waiver Language) (14 Day Objection Language) ( Filing Fee: $ 176.00 ) filed by Anabel King for Creditor Nationstar Mortgage LLC)) Hearing Scheduled For 10/14/2015 at 01:30 PM at El Paso Courtroom...AGREED ORDER ANNOUNCED AT PREVIOUS HEARING – NO AGREED ORDER TIMELY UPLOADED... (Farrar, Ronda)

Dated: 9/4/15

Yvette M. Taylor  
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]