# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 14−30371−hcm
Chapter No.: 13
Judge: H. Christopher Mott

IN RE: **Ruth Ramirez Villareal** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   El Paso Courtroom, 511 E. San Antonio Avenue, El Paso, TX 79901

on   **10/14/15 at   01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 55 Motion for Relief from Stay And Against Co−Debtor (30 Day Waiver Language) (14 Day Objection Language) ( Filing Fee: $ 176.00 ) filed by Anabel King for Creditor Nationstar Mortgage LLC)) Hearing Scheduled For 10/14/2015 at 01:30 PM at El Paso Courtroom...AGREED ORDER ANNOUNCED AT PREVIOUS HEARING − NO AGREED ORDER TIMELY UPLOADED... (Farrar, Ronda)

Dated:   9/4/15

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]

United States Bankruptcy Court
Western District of Texas

In re:  
Ruth Ramirez Villareal  
    Debtor

Case No. 14-30371-hcm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0542-3    User: Farrarr    Page 1 of 1    Date Rcvd: Sep 04, 2015  
                       Form ID: 132      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2015.  
db          +Ruth Ramirez Villareal,    14621 Eston Place,    El Paso, TX 79928-7614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2015                              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2015 at the address(es) listed below:

         Anabel King    on behalf of Creditor    Nationstar Mortgage LLC aking@logs.com, txbkwestern@logs.com  
         Donald P. Stecker    on behalf of Creditor    City of El Paso don.stecker@lgbs.com  
         H. Gray Burks, IV    on behalf of Creditor    Nationstar Mortgage LLC gburks@logs.com, jdunn@logs.com  
         Jeffry B. Lewis    on behalf of Creditor    Nationstar Mortgage LLC jlewis@ravdocs.com, bankruptcy@ravdocs.com  
         Kirk A. Schwartz    on behalf of Creditor    Nationstar Mortgage LLC kschwartz@logs.com, txbkwestern@logs.com  
         Michael R. Nevarez    on behalf of Debtor Ruth Ramirez Villareal MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com  
         Stuart C. Cox    mbeard@ch13elpaso.com  
         United States Trustee - EP12    USTPRegion07.SN.ECF@usdoj.gov

                                                                                                                                                TOTAL: 8